BayRock | *mortgage*

08-429-CG-B

To Whom It May Concern:

As a result of well publicized issues in the residential mortgage lending industry, BayRock Mortgage Corporation has ceased operations. In order to settle obligations to secured lenders, BayRock has sold or transferred the majority of its assets to settle debt obligations. Attached is the September 30, 2008 balance sheet of the company. All of the remaining assets are in the control of secured debt holders of the company. The proceeds from the liquidation of the remaining assets will go to pay secured debt holders obligations.

Any further correspondence should go to BayRock's new mailing address:

**BayRock Mortgage Corporation**
**P.O. 2902**
**Alpharetta, GA 30023**

BayRock's Registered Agent for service of legal notices is:

**Scroggins & Williamson**
**Attn: J. Hayden Kepner, Esq.**
**Bankruptcy and Restructuring Practice**
**1500 Candler Building**
**127 Peachtree Street, N.E.**
**Atlanta, GA 30303**

**BayRock Mortgage Corporation**
Balance Sheet
**September 30, 2008**

Page: 1 of 2
Date: 10/08/08
Time: 12:34 pm

Detail - Audit Lead Schedule Format
ASSETS

| | |
|---|---:|
| Current Assets | |
| 1000 Payroll - Old | $64.04 |
| 1040 Operating | 4,847.20 |
| 1041 Payroll | 24.21 |
| 1210 Warehouse Master Cash | 1,265.39 |
| Total Cash | 6,200.84 |
| 1315 Restricted Cash - Interest Reserve | 40,293.62 |
| Total Restricted Cash | 40,293.62 |
| Investments in Marketable Securities | .00 |
| Total Cash and Investments | 46,494.46 |
| 1400 Accounts Receivable | 21,900.29 |
| Accounts Receivable | 21,900.29 |
| 1700 Internal Inv. Williams lot (9th Ward) | 62,000.00 |
| 1701 Loss Reserve - Internal Inv. | (62,000.00) |
| 1750 Mortgage Loan Participation Investment | 84,262.06 |
| Total Mortgage Loan Inv. | 84,262.06 |
| Total Off Balance Sheet | .00 |
| Inventory - Loans Held for Sale | 84,262.06 |
| Total Loans, net | 84,262.06 |
| 2100 Rent Deposit | 44,290.00 |
| Prepaid Expenses & Deposits | 44,290.00 |
| Total Current Assets | 196,946.81 |
| Property and Equipment | |
| Furniture, Fixtures, & Equipment | .00 |
| Less:  Accumulated Depreciation | .00 |
| Net Fixed Assets | .00 |
| Total Assets | $196,946.81 |

BayRock Mortgage Corporation
Balance Sheet
September 30, 2008

Current Liabilities

| | |
|---|---:|
| Notes Payable Under Warehouse Line | .00 |
| 3500 Accounts Payable | 150,300.89 |
| 3510 Accrued Expense | 1,000,000.00 |
| 3515 Litigation Settlement Liability | 1,520,000.00 |
| 3600 Due to Secured Lender | 428,957.73 |
| 3650 Accrued Ins Payable | 6,775.12 |
| 3760 Equipment Financing | 35,000.00 |
| 3900 GRMF Payable | 279.50 |
| A/P and Accrued Expenses | 3,141,313.24 |
| Total Mortgagor Liabilities | .00 |
| Investor Liabilities | .00 |
| Accrued Wages and Bonus | .00 |
| Total Current Liabilities | 3,141,313.24 |

Long-Term Liabilities

| | |
|---|---:|
| Total Long-Term Liabilities | .00 |

Stockholders' Equity

| | |
|---|---:|
| 4500 Common Stock | 4,214.56 |
| 4510 Additional Paid-In Capital | 324,153.44 |
| 4550 Retained Earnings | 4,478,912.94 |
| 4560 Net Income - Current Period | (7,751,647.37) |
| Total Stockholders' Equity | (2,944,366.43) |
| Total Liab & Stockholders' Equity | $196,946.81 |