**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **FREDERICK JOINER, <u>et</u> <u>al</u>.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION 08-00429-CG-B** |
| | ) |
| **BAYROCK MORTGAGE** | ) |
| **CORPORATION, <u>et</u> <u>al</u>.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, Report and Recommendation of the magistrate judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. Default is hereby entered against defendants Bayrock Mortgage Corporation and Pleska & Douglas for failure to comply with the orders of this court.

The court notes that the clerk entered default against defendant 1st Continental Mortgage, Inc. for failure appear or otherwise defend on October 21, 2008 (Doc .23). Therefore, the plaintiffs are **ORDERED** to file a proposed default judgment as to all defendants **on or before April 6, 2009.**[1]

**DONE and ORDERED** this 23rd day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1]Pursuant to Section II(E)(4) of the Administrative Procedure for Filing, Signing, and Verifying Documents by Electronic Means, the plaintiffs shall also e-mail a copy of the proposed default judgment in WordPerfect format to efile_granade@alsd.uscourts.gov. This e-mail address is not to be utilized to communicate with the court unless otherwise permitted or when communications are solicited by the court.