**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **FREDERICK JOINER and ELEANOR JOINER,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 08-0429-CG-B** |
| ) | |
| **BAYROCK MORTGAGE CORP., et al.** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

This matter is before the court on the plaintiffs' application for award of costs and attorneys fees (Doc. 39). The plaintiffs are **ORDERED** to file their detailed specification and itemization of the requested award, with appropriate affidavits and other supporting documentation **on or before May 20, 2009,** pursuant to Local Rule 54.3(c).

The court notes that Local Rule 54.1(a) requires a prevailing party who desires to tax costs to file a verified bill of costs on the appropriate official form within 15 days of date of judgment or other final order. Unless the plaintiffs file their bill of costs on the appropriate form **on or before May 1, 2009**, the court will deem plaintiffs failure to comply with Local Rule 54.1(a) to be a waiver of costs under Rule 54.1(d).

**DONE and ORDERED** this 24th day of April, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE