**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **FREDERICK JOINER and ELEANOR JOINER** ) ) ) | |
|    **Plaintiffs,** ) ) | |
| **v.** ) ) | **CASE NUMBER: 08-429** |
| **BAYROCK MORTGAGE CORPERATION, 1ˢᵀ CONTINENTAL MORTGAGE, INC., and PLESKA & DOUGLAS, LLC** ) ) ) ) ) | |
|    **Defendants.** ) | |

**NOTICE OF FILING DETAILED SPECIFICATION AND ITEMIZATION PURSUANT TO COURT'S ORDER OF APRIL 24, 2009**

COME NOW the Plaintiffs and pursuant to the Court's order (Doc. 40) of April 24th 2009 file this detailed specification and itemization of the requested award.

1. The affidavit of Max Cassady in support of the plaintiffs' detailed specification and itemization is attached hereto as Exhibit 1.

2. The timesheet of Kenneth Riemer is attached hereto as Exhibit 2 in support of his specification and itemization.

3. The timesheet of Earl P. Underwood, Jr. is attached hereto as Exhibit 3 in support of his specification and itemization.

/s Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
Law Offices of Earl P. Underwood, Jr.
Post Office Box 969
Fairhope, AL 36533-0969
(251) 990-5558 telephone
(251) 990-0626 facsimile
epunderwood@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20th 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian Douglas
Pleska and Douglas LLC
900 Circle 75 Parkway Se Ste 210
Atlanta GA 30339

J. Hayden Kepner
Scroggins & Williamson
Bankruptcy and Restructuring Practice
1500 Candler Building
127 Peachtree St. NE
Atlanta GA 30303

1st Continental Mortgage Inc.
Registered Agent: Solutions Inc.
2094 Myrtlewood Dr.
Montgomery, AL 36111-1000

Kenneth J. Riemer
Attorney at Law
P.O. Box 1206
166 Government St.
Mobile AL 36633

                                        /s Earl P. Underwood, Jr.
                                        Earl P. Underwood, Jr.