IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK JOINER and ELEANOR JOINER | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NUMBER: 1:08-cv-00429-CG-B |
| BAYROCK MORTGAGE CORPERATION, 1ST CONTINENTAL MORTGAGE, INC., and PLESKA & DOUGLAS, LLC | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

**COME NOW** the Plaintiffs, Frederick Joiner and Eleanor Joiner, and Defendant, Pleska & Douglas, LLC and hereby present this joint stipulation of dismissal with prejudice of all claims of Plaintiffs against Defendant, Pleska & Douglas, LLC, each party to bear his own cost on the grounds that this case has been settled and is due to be dismissed with prejudice. Plaintiffs will continue to pursue claims against the other defendants in the case. Electronic signatures were placed on this document with the consent of both parties.

Executed as of the 26th day of August, 2009.

| | |
|---|---|
| /s/ Earl P. Underwood, Jr. | /s/ Brian M. Douglas |
| Earl P. Underwood, Jr. (UNDEE6591) | Brian M. Douglas |
| Counsel for Plaintiff | **Pleska & Douglas, LLC** |
| epunderwood@gmail.com | 900 Circle 75 Parkway |
| Law Offices of Earl P. Underwood, Jr. | Suite 800 |
| PO Box 969 | Atlanta, Georgia 30339 |
| Fairhope AL 36533 | 770-933-9009 Telephone |
| 251-990-5558 Telephone | 770-933-0304 Facsimile |
| 251-990-0626 Facsimile | |

CERTIFICATE OF SERVICE

I hereby certify that on August 26th 2009, a copy of the foregoing was served on all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Bayrock Mortgage Corporation
PO Box 2902
Alpharetta, GA 30023

Brian M. Douglas
Pleska & Douglas LLC
900 Circle 75 Parkway, Ste 800
Atlanta, GA 30339

Kenneth J. Riemer
166 Government St. Ste 100
Mobile, AL 36602

Milton Brown, Jr.
Milton Brown, Jr. Attorney at Law, P.C.
2608 Eighth Street
Tuscaloosa AL 35401

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.

Case 1:08-cv-00429-CG-B   Document 44   Filed 08/26/09   Page 4 of 5

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **PAULA PETTWAY,** | ) |
| **Plaintiff,** | ) |
| VS. | )   CASE NO: 1:08-cv-00618-KD-M |
| **EQUIFAX INFORMATION SERVICES, LLC, et al.** | ) |
| | ) |
| **Defendants.** | |

## ORDER OF DISMISSAL

**WHEREFORE**, Plaintiff Paula Pettway filed a Stipulation of Dismissal, it is hereby,

**ORDERED, ADJUDGED and DECREED** that the claims of the Plaintiff against Defendant DirecManagement, Inc. in the above-styled action are hereby dismissed, each party to bear its own costs.

**DONE AND ORDERED** this _____day of _____, 2009.

_____
Bert W. Milling, Jr.
United States Magistrate Judge